# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-3013** **September Term, 2016**

**1:91-cr-00559-TFH-16**

**Filed On:** April 28, 2017

In re: Derrin A. Perkins,

Petitioner

**BEFORE:** Henderson,* Rogers, and Griffith, Circuit Judges

## ORDER

Upon consideration of the petition for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255, the response thereto, and the lodged amended reply; the motion for leave to file reply; and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion for leave to file reply be granted. The Clerk is directed to file the lodged amended reply. It is

**FURTHER ORDERED** that the petition for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255 be granted. Petitioner challenges his sentences by relying on the Supreme Court's decision in Miller v. Alabama, 132 S. Ct. 2455 (2012). Petitioner has made a prima facie showing that his claims rely on a new, previously unavailable rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court. See 28 U.S.C. §§ 2244(b), 2255(h)(2); Montgomery v. Louisiana, 136 S. Ct. 718 (2016); In re Williams, 759 F.3d 66 (D.C. Cir. 2014) (holding that petitioner made a prima facie showing that his successive § 2255 motion raising Miller claims relied on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court). The court expresses no opinion as to the timeliness of petitioner's § 2255 motion or the merits of his claims. See Williams, 759 F.3d at 68-69, 72.

The Clerk is directed to transmit to the district court petitioner's motion under 28 U.S.C. § 2255.

---

* Judge Henderson would deny the petition for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255.

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 17-3013** **September Term, 2016**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Robert J. Cavello
Deputy Clerk